IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re OMAR SIGUE

Case No. 2:08-cv-0921
Judge Gary L. Lancaster/
Magistrate Judge Amy Reynolds Hay

**ORDER**

AND NOW, this 16th day of Sept, 2008, after the Plaintiff, Omar Sigue, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until September 5, 2008 to file written objections thereto, and no objections having been filed to the report and recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

It is respectfully recommended that the complaint in the above-captioned case [Dkt. 1] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Omar Sigue
HH3672
S.C.I. Fayette
Box 9999
LaBelle, PA 15450-0999